# Exhibit 1

|   | Abbr. Trust Name | Full Legal Name of Issuing Trusts | Representative Plaintiff |
|---|---|---|---|
| 1 | AHM 2004-3 | American Home Mortgage Investment Trust 2004-3 | PIMCO - PIMCO Absolute Return Strategy II Master Fund LDC |
|   |   |   | PIMCO - PIMCO Absolute Return Strategy V Master Fund LDC |
|   |   |   | PIMCO - PIMCO Bermuda Trust: PIMCO Bermuda Foreign Low Duration Fund |
|   |   |   | PIMCO - PIMCO Bermuda Trust: PIMCO Bermuda U.S. Low Duration Fund |
|   |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Global Advantage Bond Fund |
|   |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund II |
|   |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Income Fund |
|   |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Global Aggregate Ex-Japan Bond Fund |
|   |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Global Bond (NZD-Hedged) Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (Unhedged) |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund II |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund III |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Short-Term Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series International Portfolio |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio |
|   |   |   | PIMCO - PIMCO Multi-Sector Strategy Fund Ltd. |
|   |   |   | PIMCO - PIMCO Variable Insurance Trust: PIMCO Low Duration Portfolio |
|   |   |   | TIAA-CREF - TIAA Global Public Investments, MBS LLC |
|   |   |   | TIAA-CREF - TIAA-CREF Bond Fund |
|   |   |   | TIAA-CREF - TIAA-CREF Bond Plus Fund |
|   |   |   | TIAA-CREF - TIAA-CREF Life Insurance Company |
| 2 | AHMA 2006-3 | American Home Mortgage Assets Trust 2006-3 | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, PIMCO Credit Absolute Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Credit Absolute Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund |

|   | Abbr. Trust Name | Full Legal Name of Issuing Trusts | Representative Plaintiff |
|---|---|---|---|
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| 3 | AHMA 2006-4 | American Home Mortgage Assets Trust 2006-4 | PIMCO - Fixed Income SHares: Series M |
|   |   |   | PIMCO - PIMCO Absolute Return Strategy III Master Fund LDC |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Global Investment Grade Credit Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Diversified Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Floating Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO International StocksPLUS® AR Strategy Fund (U.S. Dollar-Hedged) |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Real Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio |
|   |   |   | PIMCO - PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV eFund |
|   |   |   | PIMCO - PIMCO Variable Insurance Trust: PIMCO Global Bond Portfolio (Unhedged) |
|   |   |   | Prudential - The Prudential Series Fund |
| 4 | CPMH 2007-1 | Countryplace Manufactured Housing 2007-1 A1 | Prudential - Prudential Bank & Trust, FSB |
| 5 | GSAA 2007-10 | GSAA Home Equity Trust 2007-10 | PIMCO - PIMCO Funds: PIMCO Income Fund |
| 6 | GSAA 2007-8 | GSAA Home Equity Trust 2007-8 | Kore Advisors LP |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Diversified Income Fund |
|   |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Unconstrained Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Floating Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Global Advantage® Strategy Bond Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
|   |   |   | PIMCO - PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio |
| 7 | GSAA 2007-9 | GSAA Home Equity Trust 2007-9 | Aegon - Transamerica Life Insurance Company |
| 8 | GSR 2006-AR2 | GSR Mortgage Loan Trust 2006-AR2 | PIMCO - PIMCO Absolute Return Strategy IV Master Fund LDC |
|   |   |   | PIMCO - PIMCO Absolute Return Strategy V Master Fund LDC |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Short-Term Fund |
|   |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|   |   |   | PIMCO - PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio |

| | Abbr. Trust Name | Full Legal Name of Issuing Trusts | Representative Plaintiff |
|---|---|---|---|
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series U.S. Government Sector Portfolio |
| 9 | MALT 2006-1 | MASTR Alternative Loan Trust 2006-1 | PIMCO - PIMCO Dynamic Credit Income Fund |
| 10 | MARM 2007-HF1 | MASTR Adjustable Rate Mortgages Trust 2007-HF1 | PIMCO - Fixed Income SHares: Series M |
| | | | PIMCO - PIMCO Funds: PIMCO Commodity Real Return Strategy Fund® |
| | | | PIMCO - PIMCO Funds: PIMCO Diversified Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Emerging Markets Portfolio |
| | | | PIMCO - PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio |
| 11 | MASTR 2004-1 | MASTR Asset Securitization Trust 2004-1 | TIAA-CREF - TIAA-CREF Life Insurance Company |
| 12 | MASTR 2004-4 | MASTR Asset Securitization Trust 2004-4 | Prudential - The Gibraltar Life Insurance Company, Ltd. |
| 13 | MASTR 2006-1 | MASTR Asset Securitization Trust 2006-1 | PIMCO - PIMCO Funds: PIMCO Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| | | | TIAA-CREF - TIAA-CREF Life Insurance Company |
| 14 | MASTR 2006-2 | MASTR Asset Securitization Trust 2006-2 | PIMCO - PCM Fund, Inc. |
| | | | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
| | | | PIMCO - PIMCO Funds: PIMCO Income Fund |
| 15 | PHHMC 2007-3 | PHHMC Series 2007-3 | TIAA-CREF - TIAA-CREF Life Insurance Company |
| 16 | PHHMC 2007-4 | PHHMC Series 2007-4 | TIAA-CREF - TIAA-CREF Life Insurance Company |
| 17 | SASC 2004-5H | Structured Asset Securities Corporation, Series 2004-5H | Prudential - Prudential Retirement Insurance and Annuity Company |
| 18 | SASC 2006-RM1 | Structured Asset Securities Corporation, Series 2006-RM1 | Aegon - Monumental Life Insurance Company – Modified Separate Account |
| | | | Aegon - Transamerica Life Insurance Company |
| | | | Aegon - Transamerica Premier Life Insurance Company |
| 19 | SASC 2007-RM1 | Structured Asset Securities Corporation, Series 2007-RM1 | Aegon - LIICA Re II, Inc. |
| | | | Aegon - Monumental Life Insurance Company – Modified Separate Account |
| | | | Aegon - Transamerica Life Insurance Company |
| | | | Aegon - Transamerica Premier Life Insurance Company |
| 20 | WACLT 2005-SD1 | Wachovia Loan Trust 2005-SD1 | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
| | | | TIAA-CREF - CREF Bond Market Account |
| | | | TIAA-CREF - CREF Social Choice Account |
| | | | TIAA-CREF - TIAA-CREF Bond Fund |

|    | Abbr. Trust Name | Full Legal Name of Issuing Trusts | Representative Plaintiff |
|----|---|---|---|
|    |   |   | TIAA-CREF - TIAA-CREF Bond Plus Fund |
| 21 | WAMU 2004-AR11 | WaMu Mortgage Pass-Through Certificates Series 2004-AR11 Trust | PIMCO - PIMCO ETF Trust: PIMCO Total Return Active Exchange-Traded Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO CommoditiesPLUS® Strategy Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Unconstrained Bond Fund |
| 22 | WAMU 2004-AR9 | WaMu Mortgage Pass-Through Certificates Series 2004-AR9 Trust | PIMCO - PIMCO Absolute Return Strategy II Master Fund LDC |
|    |   |   | PIMCO - PIMCO Cayman SPC Limited: PIMCO Cayman Japan CorePLUS Segregated Portfolio |
|    |   |   | PIMCO - PIMCO Cayman Trust: PIMCO Cayman Global Bond (NZD-Hedged) Fund |
|    |   |   | PIMCO - PIMCO Funds: Global Investors Series plc, Global Bond Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Foreign Bond Fund (Unhedged) |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Global Bond Fund (Unhedged) |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Total Return Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund |
| 23 | WAMU 2004-CB1 | WaMu Mortgage Pass-Through Certificates Series 2004-CB1 Trust | PIMCO - PIMCO Absolute Return Strategy III Overlay Master Fund Ltd. |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Low Duration Fund |
|    |   |   | Prudential - Prudential Retirement Insurance and Annuity Company |
| 24 | WAMU 2004-CB2 | WaMu Mortgage Pass-Through Certificates Series 2004-CB2 Trust | Prudential - Prudential Retirement Insurance and Annuity Company |
| 25 | WAMU 2004-CB3 | WaMu Mortgage Pass-Through Certificates Series 2004-CB3 Trust | Prudential - Prudential Retirement Insurance and Annuity Company |
| 26 | WMHE 2007-HE2 | WaMu Series 2007-HE2 Trust | PIMCO - LVS II LLC |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |   |   | Sealink Funding Limited |
| 27 | WMHE 2007-HE4 | WaMu Series 2007-HE4 Trust | PIMCO - PIMCO Funds: Global Investors Series plc, Income Fund |
|    |   |   | PIMCO - PIMCO Funds: PIMCO Income Fund |
|    |   |   | Sealink Funding Limited |