UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIXED INCOME SHARES, *et al.*,

        Plaintiff,

   v.

CITIBANK, N.A.,

        Defendant

   -and-

The Trusts Identified in Exhibit 1

        Nominal Defendants.

Case No. 14-cv-9373-JMF

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Matthew D. Ingber, executed on February 27, 2015, with exhibits, Defendant Citibank, N.A. will move this Court before the Honorable Jesse M. Furman, at the courthouse located at 40 Foley Square, New York, New York, Courtroom 1105, for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the Complaint.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's January 15, 2015 Order (ECF No. 24), opposition papers shall be filed by April 13, 2015.  Reply papers, if any, shall be filed by May 13, 2015.

Dated: February 27, 2015
New York, New York

                                    MAYER BROWN LLP

By: /s/ Matthew D. Ingber
     Matthew D. Ingber
     Christopher J. Houpt
     1221 Avenue of the Americas
     New York, New York 10020
     Tel.: (212) 506-2500

     Charles A. Rothfeld
     1999 K. Street, N.W.
     Washington, DC 20006
     Tel.: (202) 263-3000

     *Attorneys for Defendant*
     *Citibank, N.A.*