```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIXED INCOME SHARES: SERIES M, *et al.*,

    Plaintiffs,

v.

CITIBANK N.A.,

    Defendant.

Case No. 14-cv-9373-JMF

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF AEGON'S CLAIMS WITH PREJUDICE

WHEREAS, the AEGON Plaintiffs assert claims against Defendant Citibank N.A. ("Citibank") (each a "Party" and, collectively, the "Parties") as current noteholders for two of the three trusts in this action: SASCO 2006 RM-1 and SASCO 2007 RM-1 Trusts (together, the "SASCO Trusts"); and

WHEREAS, the AEGON Plaintiffs are no longer noteholders in the SASCO Trusts;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for the AEGON Plaintiffs and Citibank that:

1. Subject to the approval of the Court, the AEGON Plaintiffs' claims arising out of or connected to the SASCO Trusts shall be voluntarily dismissed, with prejudice, with each Party to bear its own respective costs and attorneys' fees;

2. This voluntary dismissal shall apply only to the AEGON Plaintiffs' claims pertaining to the SASCO Trusts, and shall not impact in any way the claims of the PIMCO Plaintiffs and the TIAA Plaintiffs pertaining to the remaining trust in this action, AHM 2004-3.

1

3. The fact of this voluntary dismissal with prejudice shall not be introduced into evidence or referenced by either Party in any action or proceeding involving the Parties herein.

Dated: October 3, 2016

_____
TIMOTHY A. DeLANGE

Blair A. Nicholas
Timothy A. DeLange
Benjamin Galdston
Niki L. Mendoza
Brett M. Middleton
Richard D. Gluck
Lucas E. Gilmore
Robert S. Trisotto
Rachel Felong
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: blairn@blbglaw.com
       timothyd@blbglaw.com
       beng@blbglaw.com
       nikim@blbglaw.com
       brettm@blbglaw.com
       rich.gluck@blbglaw.com
       lucas.gilmore@blbglaw.com
       robert.trisotto@blbglaw.com
       rachel.felong@blbglaw.com

*Attorneys for Plaintiffs*

_____
CHRISTOPHER J. HOUPT

Christopher J. Houpt
Matthew D. Ingber
Lisa P. Blank
Allison J. Zolot
Michael Martinez
Jarman D. Russell
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
Fax: (212) 262-1910
Email: choupt@mayerbrown.com
       mingber@mayerbrown.com
       lplush@mayerbrown.com
       azolot@mayerbrown.com
       michael.martinez@mayerbrown.com
       jrussell@mayerbrown.com

*Attorneys for Defendant*

SO ORDERED:

_____
The Honorable Jesse M. Furman
United States District Judge

October 11, 2016

2