UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIXED INCOME SHARES, *et al.*,<br><br>               Plaintiffs,<br><br>      v.<br><br>CITIBANK, N.A.,<br><br>               Defendant. | Case No. 14-cv-9373-JMF |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Statement of Undisputed Facts Pursuant to Rule 56.1 of the Local Civil Rules for The Southern District of New York, and Declaration of Jarman D. Russell, each executed on April 7, 2017, with exhibits, Defendant Citibank, N.A ("Citibank") will move this Court before the Honorable Jesse M. Furman, at the courthouse located at 40 Foley Square, New York, New York, Courtroom 1105, for an order granting Citibank's motion for summary judgment and dismissing Plaintiffs' Complaint.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Scheduling Order dated March 29, 2017, Plaintiffs shall respond to Citibank's motion for summary judgment and file their cross-motion for summary judgment no later than May 22, 2017. Citibank's opposition to Plaintiffs' cross-motion for summary judgment and reply shall be filed no later than June 23, 2017. Plaintiffs' reply papers shall be filed no later than July 7, 2017.

Dated: April 7, 2017
      New York, New York

                                MAYER BROWN LLP

By:    /s/ Matthew D. Ingber
       Richard A. Spehr
       Matthew D. Ingber
       Christopher J. Houpt
       Bronwyn F. Pollock
       Jarman D. Russell
       Michael Rayfield
       1221 Avenue of the Americas
       New York, New York 10020
       (212) 506-2500

*Attorneys for Defendant
Citibank, N.A.*