UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIXED INCOME SHARES: SERIES M, *et al.*,<br><br>  Plaintiffs,<br><br>  -against-<br><br>CITIBANK N.A.,<br><br>  Defendant. | Case No. 14 Civ. 9373 (JMF)<br><br>**NOTICE OF APPEAL** |

  Please take notice that Plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the United States District Court for the Southern District of New York (Furman, J.) entered on March 23, 2018 (ECF No. 177) pursuant to the Court's March 22, 2018 Opinion and Order granting Defendant's motion for summary judgment (ECF No. 176).

Dated:  April 20, 2018

                                                BERNSTEIN LITOWITZ BERGER
                                                   & GROSSMANN LLP

                                                */s/ Timothy A. DeLange*
                                                TIMOTHY A. DeLANGE

                                                DAVID R. STICKNEY
                                                TIMOTHY A. DELANGE
                                                BENJAMIN GALDSTON
                                                BRETT M. MIDDLETON
                                                RICHARD D. GLUCK
                                                LUCAS E. GILMORE
                                                ROBERT S. TRISOTTO
                                                JACOB T. SPAID
                                                12481 High Bluff Drive, Suite 300
                                                San Diego, CA 92130
                                                Tel:   (858) 793-0070
                                                Fax:   (858) 793-0323

                                                *Counsel for Plaintiffs*