**MANDATE**

N.Y.S.D. Case #
14-cv-9373(JMF)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand and nineteen,

_____

| | |
|---|---|
| Fixed Income Shares: Series M, LVS II LLC, PCM Fund, Inc., PIMCO Absolute Return Strategy Master Fund LDC, II, III, IV, V, PIMCO Absolute Return Strategy III Overlay Master Fund Ltd., PIMCO Bermuda Trust, PIMCO Bermuda Foreign Low Duration Fund, PIMCO Bermuda Trust, PIMCO Bermuda U.S Low Duration Fund, PIMCO Cayman SPC Limted, PIMCO Cayman Japan CorePlus Segregated Portfolio, PIMCO Cayman Trust: Cayman Global Advantage Bond Fund, PIMCO Cayman Trust: Cayman Global Aggregate Ex-Japan Bond Fund, Yen-Hedged, PIMCO Cayman Trust: Cayman Global Aggregate Ex-Japan Income Fund, II, Yen-Hedged, PIMCO Cayman Trust: Cayman Global Aggregate Ex-Japan Bond Fund, PIMCO Cayman Trust: Cayman Global Advantage Bond Fund, NZD-Hedged, PIMCO Dynamic Credit Income Fund, PIMCO ETF Trust, PIMCO Total Return Active Exchange-Traded Fund, PIMCO Funds: Global Investors Series PLC, Diversified Income Fund, PIMCO Funds: Global Investors Series PLC, Global Bond Fund, PIMCO Funds: Global Investors Series PLC, Global Investment Grade Credit Fund L, PIMCO Funds: Global Investors Series PLC, Income fund, PIMCO Funds: Global Investors Series PLC, PIMCO Credit Absolute Return Fund, PIMCO Funds: Global Investors Series PLC, Unconstrained Bond Fund, PIMCO Funds: PIMCO CommoditiesPLUS Strategy Fund, PIMCO Funds: PIMCO Commodity Real Return Strategy Fund, PIMCO Funds: PIMCO Credit Absolute Return Fund, PIMCO Funds: PIMCO Diversified Income Fund, PIMCO Funds: PIMCO Floating Income Fund, PIMCO Funds: PIMCO Foreign Bond Fund, Un-Hedged, PIMCO Funds: PIMCO Global Advantage Strategy Bond Fund, PIMCO Funds: PIMCO Global Bond Fund, Un-Hedged, PIMCO Funds: PIMCO Income Fund, PIMCO Funds: PIMCO Internation StockPLUS AR Strategy Fund, U.S Dollar Hedged, PIMCO Funds: PIMCO Investment Grade Corporate Bond Fund, PIMCO Funds: PIMCO Low Duration Fund, PIMCO Funds: PIMCO Duration Fund II, PIMCO Funds: PIMCO Low Duration Fund III, PIMCO Funds: PIMCO Real Return Fund, PIMCO Funds: PIMCO Short-Term Fund, PIMCO Funds: PIMCO Total Return Fund, PIMCO Funds: PIMCO Unconstrained Bond Fund, PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund, Private Account Portfolio Series Emerging Markets Portfolio, | **ORDER**<br>Docket No. 18-1196<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: Jun 07 2019 |

**MANDATE ISSUED ON 06/07/2019**

PIMCO Funds: Private Account Portfolio Series International Portfolio, PIMCO Funds: Private Account Portfolio Series Mortgage Portfolio, PIMCO Funds: Private Account Portfolio Series Short-Term Portfolio, PIMCO Funds: Private Account Portfolio Series U.S. Government Sector Portfolio, PIMCO Multi-Sector Strategy Fund Ltd., PIMCO Offshore Funds - PIMCO Absolute Return Strategy IV Refund, PIMCO Variable Insurance Trust: PIMCO Global Advantage Strategy Bond Portfolio, PIMCO Variable Insurance Trust: PIMCO Global Bond Portfolio, Un-Hedged, PIMCO Variable Insurance Trust: PIMCO Low Duration Portfolio, CREF Bond Market Account, CREF Social Choice Account, TIAA Global Public Investments, LLC, TIAA-CREF Bond Fund, TIAA-CREF Bond Plus Fund, TIAA-CREF Life Insurance Company, Prudential Bank & Trust, FSB, Prudential Retirement Insurance and Annuity Co., The Gibraltar Life Insurance Company, Ltd., The Prudential series fund, LIICA Re II, Inc., Monumental Life Insurance Company modified separate account, Transamerica Life Insurance Company, Transamerica Premier Life Insurance Company, Kore Advisors LP, Sealink Funding Limited, derivatively, on behalf of the Trusts Identified in Exhibit 1,

        Plaintiffs - Appellants,

V.

Citibank, N.A.,

        Defendant - Appellee.

_____

        The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

        The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit